**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA : No. 103 MM 2022
:
:
v. :
:
:
:
CLIFF CROSBY :
:
:
PETITION OF: SPENCER H.C. BRADLEY, :
ESQUIRE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2023, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Dauphin County for that court to determine whether to grant Attorney Spencer H.C. Bradley leave to withdraw.

    A criminal defense attorney's duty of representation continues until a court permits the attorney to withdraw. *See* Pa.R.Crim.P. 120(B)(1) (specifying that counsel for a criminal "defendant may not withdraw his or her appearance except by leave of court"). In the absence of a court's permission to withdraw, the lawyer's duty of representation continues through review in this Court. *See* Pa.R.Crim.P. 122(B)(2) and Comment.

    In the event the Court of Common Pleas of Dauphin County permits Attorney Bradley to withdraw, the court is to resolve any other related questions, including whether to appoint counsel to represent Cliff Crosby on allocatur review.

    The Court of Common Pleas of Dauphin County is DIRECTED to enter its order on remand within 90 days and to inform this Court promptly of its determination.